UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-23124-CIV-LENARD/GARBER

INDUSTRIAS MARTEC, S.A.,

    Plaintiff,

v.

PANCOAST TRADING, INC.,
a Delaware corporation, and
ERIC PAPUNEN, individually,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on the plaintiff's Motion for Reset Deposition Date and to Compel Eric Papunen to Appear for Deposition [DE 52], filed on December 14, 2009. Upon due consideration, it is hereby

ORDERED that plaintiff's Motion is GRANTED. The subject deposition is rescheduled to January 6, 2010, at 1:00 p.m., at the offices of Sweetapple, Broeker & Varkas, P.L., 777 Brickell Avenue, Suite 600, Miami, Florida 33131. It is further

ORDERED that plaintiff's counsel shall have the United States Marshal effect service of the Notice of Taking Deposition on Eric Papunen. Mr. Papunen shall appear at said deposition and shall produce all of those documents heretofore requested by plaintiff's counsel. Failure to do so will result in the issuance of an Order requiring Mr. Papunen to show cause why he should not be held in contempt and subject to the imposition of appropriate sanctions.

DONE AND ORDERED in Chambers at Miami, Florida this 16th day of December, 2009.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE