UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-23124-CIV-LENARD/GARBER

INDUSTRIAS MARTEC, S.A.

     Plaintiff,

v.

PANCOAST TRADING, INC., a
Delaware corporation, and
ERIC PAPUNEN, individually,

     Defendants.

_____/

### ORDER GRANTING PLAINTIFF/JUDGMENT CREDITOR'S RENEWED MOTION FOR RESET DEPOSITION DATE AND SECOND RENEWED MOTION TO COMPEL ERIC PAPUNEN TO APPEAR FOR DEPOSITION

**THIS CAUSE** came before the Court on Plaintiff/Judgment Creditor's Renewed Motion for Reset Deposition Date and Second Renewed Motion to Compel Eric Papunen to Appear for Deposition (the "Motion"), filed on January 20, 2010, and the Court having reviewed the Motion, having heard argument of counsel, and being otherwise fully advised in the premises, it is:

**ORDERED** as follows:

1.     The Motion is hereby **GRANTED**.

2.     Eric Papunen shall appear for his deposition at the offices of Sweetapple, Broeker & Varkas, P.L., 777 Brickell Avenue, Suite 600, Miami, Florida 33131 on **Wednesday, April 7, 2010 at 1:00 pm**, and bring with him the documents described in the previously served Notice of Deposition *Duces Tecum*.

3.     Plaintiff's counsel is further ordered by this Court to have the U.S. Marshal effect service of process upon Mr. Paupunen and shall provide proof of service to the Court.

4.      In the event that Mr. Papunen does not reside or work within the Southern District of Florida, and is unwilling to travel to the Southern District voluntarily for his deposition, he is ordered to apply to this Court, within five (5) days of receiving service of this Order, for a change of location for the deposition and that he, within ten (10) days of submitting the request, send copies of the requested documents to undersigned counsel.

**DONE AND ORDERED** in Chambers at Miami, Florida this 21st day of January, 2010.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE